## FARMER *v.* THE STATE.

SIMMONS, J.—The showing for a continuance was incomplete, it not appearing that the application was not made for delay; it did not appear by affidavit or otherwise that the accused and his counsel were ignorant of the alleged newly discovered evidence until after the verdict; the law of involuntary manslaughter in the commission of a lawful act without due caution and circumspection was inapplicable to the facts of the case; the evidence for the State warranted a conviction for murder, and as the accused was found guilty of involuntary manslaughter in the commission of an unlawful act, he has no cause for complaint against the verdict.

November 12, 1894.          *Judgment affirmed.*

Indictment for murder. Before Judge HUTCHINS. Jackson superior court. August term, 1894.

GEORGE C. THOMAS and JOHN J. STRICKLAND, for plaintiff in error. R. B. RUSSELL, solicitor-general, *contra.*

---

